# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN FRANCISCO

FILED
07 JUN 26 PM 3:21
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

CR 07 0402 PJH

UNITED STATES OF AMERICA

v.

DANIEL RIVERA EULOGIO

DEFENDANT.

## INDICTMENT

Title 8 United States Code Section 1326 - Alien Fround
in the United States After Deportation

A true bill.

_____
Foreman

Filed in open court this _____ day of 6/26/2007

_____
Clerk

(Bail) $ No process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

---- OFFENSE CHARGED ----

8 U.S.C. § 1326 - Alien Found in the United States After Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

DEFENDANT - U.S.

▶ DANIEL RIVERA EULOGIO

DISTRICT COURT NUMBER

CR 07 0402 PJH

PENALTY:
Maximum Prison Term of 20 years
Maximum Fine of $250,000
Maximum supervised release of 3 years
Mandatory special assessment fee of $100.

---- PROCEEDING ----

Name of Complainant Agency, or Person (&Title, if any)

Immigration & Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70364 BZ

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

---- DEFENDANT ----

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☒ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☒ Yes  ☐ No  } If "Yes" give date filed  6/18/2007

DATE OF ARREST  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  Month/Day/Year  6/20/2007

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
| 2 | United States Attorney |

FILED
07 JUN 26 PH 3: 20

CR 07  0402

PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: |
| Plaintiff, | ) ) | VIOLATION: Title 8, United States Code |
| | ) | Section 1326 -- Alien Found in the United |
| v. | ) | States After Deportation |
| | ) | |
| DANIEL RIVERA EULOGIO, | ) | |
| Defendant. | ) | SAN FRANCISCO VENUE |
| | ) ) | |

### INDICTMENT

The Grand Jury charges:

On or about June 18, 2007, the defendant,

**DANIEL RIVERA EULOGIO,**

an alien, having been previously excluded, deported, and removed from the United States to Mexico, and having subsequently voluntarily returned to and remained in the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the

//

INDICTMENT

1  defendant for admission into the United States, in violation of Title 8, United States Code,
2  Section 1326.
3
4  DATED:                                    A TRUE BILL.
5
6  06/26/07                                  *[signature]*
                                              FOREPERSON
7  SCOTT N. SCHOOLS
   United States Attorney
8
9
10 *[signature]*
   GREGG LOWDER
   Deputy Chief, Major Crimes Section
11
12
13 (Approved as to form: *[signature]*
   Wendy Thomas
14 Special Assistant United States Attorney
15
...
28

INDICTMENT                                    2