SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL RIVERA EULOGIO, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal No. CR 07-0402 PJH <br><br> **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 27, 2007 TO JULY 11, 2007** |

     The parties appeared before the Honorable Bernard Zimmerman on June 27, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 27, 2007 to July 11, 2007, in light of the need for the defendant's counsel to review recently-produced discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0402 PJH**

the defendant.

  2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 27, 2007 to July 11, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

  3. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 27, 2007 to July 11, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

  IT IS SO STIPULATED.

DATED: 6/27/07           /s/
               JOSH COHEN
               Counsel for Daniel Rivera Eulogio

DATED: 6/27/07           /s/
               WENDY THOMAS
               Special Assistant U.S. Attorney

  IT IS SO ORDERED.

DATED:_____
               THE HON. BERNARD ZIMMERMAN
               United States Magistrate Judge

**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME CR 07-0402 PJH**   2