UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 11, 2007             **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0402 PJH

**Case Name:** UNITED STATES v. DANIEL RIVERA EULOGIO (C)

**Attorney for Plaintiff:** Wendy Thomas
**Attorney for Defendant:** Josh Cohen

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Sylvia Russo

**PROCEEDINGS**

Trial Setting-Held. Defense counsel updates the court regarding discovery. Defense counsel's request for a continuance to have more time to review discovery with the defendant is granted by the court. Time is excluded from 7/11/07 to 8/1/07 for effective preparation of counsel. The government to prepare order re: exclusion of time.

**CASE CONTINUED TO:** August 1, 2007 at 1:30 p.m. for Trial Setting/Change of Plea.

**EXCLUDABLE DELAY:** Category   Begins   7/11/07   Ends 8/1/07

**cc:** chambers