SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>              Plaintiff,                             )<br>                                                           )<br>                                                           )<br>       v.                                                )<br>                                                           )<br> DANIEL RIVERA EULOGIO,         )<br>                                                           )<br>              Defendant.                          )<br>                                                           )<br>_____) | Criminal No. CR 07-0402 PJH<br><br>**[P~~ROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 11, 2007 TO AUGUST 1, 2007** |

      The parties appeared before the Honorable Phyllis J. Hamilton on July 11, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 11, 2007 to August 1, 2007, in light of the need for the defendant's counsel to review recently-produced discovery with his client. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery

**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 07-0402 PJH**

with the defendant.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 11, 2007 to August 1, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 11, 2007 to August 1, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: July 12, 2007                 /s/
                                    JOSH COHEN
                                    Counsel for Daniel Rivera Eulogio

DATED: July 12, 2007                 /s/
                                    WENDY THOMAS
                                    Special Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED: 7/24/07

THE HON. PHYLLIS J. HAMILTON



[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0402 PJH            2