UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** August 1, 2007                              **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0402 PJH

**Case Name:**   UNITED STATES   v.   DANIEL RIVERA EULOGIO (C)

**Attorney for Plaintiff:**   Wendy Thomas
**Attorney for Defendant:**  Josh Cohen

**Deputy Clerk:** Nichole Heuerman                 **Court Reporter:** Catherine Edwards

**PROCEEDINGS**

Change of Plea-Held. The plea agreement is signed and filed in court. The defendant is sworn. The court finds the defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The court finds a factual basis for the plea. The defendant enters a plea of guilty as to the sole count in the Indictment. The court accepts the plea. The defendant is adjudged guilty of the offense.

**CASE CONTINUED TO:** September 12, 2007 at 1:30 p.m. for Sentencing.

**cc:** chambers