# EXHIBIT A

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES

State of California vs DANIEL RODRIGUEZ  [X] Present

| SC # 000000 | Assistant DA of Record | [ ] Present | Attorney of Record | [ ] Present |
|---|---|---|---|---|
| [ ] Interpreter Language | Clerk YOLANDA MANION | | Judge JEFF TAUBER | |

Reporter: DIANA PADILLA #9975-850 Bryant Street, Rm. 306-San Francisco-94103-

Cause on Calendar for Sentence

**Defendant Status: CUST**

Special appearance by THOMAS BOGOTT, DA for the Assistant DA of Record.

Special appearance by KISHA CORDERO, Deputy Public Defender for the Attorney of Record.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | VC | 12500(A)/I | | 02254952 | G | |
| 002 | PC | 148,9(A)/M | | 02254952 | | DISMISS |
| 000 | VC | 4462,5/I | | 02254952 | | DISMISS |
| 000 | VC | 22101(D)/I | | 02254952 | | DISMISS |

Case on calendar: ARRAIGNMENT.

Court appoints the Public Defender to represent the defendant.

PEOPLE ORALLY AMEND COUNT ONE OF THE COMPLAINT TO BE AN INFRACTION

Court appoints the Public Defender to represent the defendant.

Defendant waives formal reading of the complaint and advisement of rights.

Defendant is advised of and personally waives his/her constitutional rights, including the consequences of conviction if he or she is not a citizen. Defendant pleads guilty to count(s) 1.

Time is waived for sentencing.

Defendant shall serve a term in County Jail of 30 day(s).

Defendant is to receive credit for time served of 30 day(s).



THE ANNEXED INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE. ATTEST: CERTIFIED AUG 1 4 2007 GORDON PARK-LI, Clerk Superior Court of California, County of San Francisco BY _____ DEPUTY CLERK