BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant RIVERA-EULOGIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0402 PJH |
| Plaintiff, | DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM |
| v. | Sentencing Date: September 12, 2007 |
| DANIEL RIVERA-EULOGIO, | |
| Defendant. | |

On September 10, 2007, Mr. Rivera-Eulogio filed a sentencing memorandum in which he urged the Court to find that he falls into criminal history category IV rather than V. In his memorandum, Mr. Rivera-Eulogio argued that the Court should not assign a criminal history point to an infraction in 2006 for driving without a license. *See* PSR ¶ 21. Specifically, Mr. Rivera-Eulogio argued that the minutes from his one and only court appearance in that case appear to be mistaken insofar as they indicate a sentence of thirty days in custody with credit for thirty days time-served. *See* Def.'s Sentencing Memo Exh. A.

This afternoon, undersigned counsel obtained a transcript of Mr. Rivera-Eulogio's appearance in San Francisco Municipal Court on February 16, 2006. *See Exhibit A*. After

CR-07-0402 PJH; DEF.'S SUPPLEMENTAL
SENTENCING MEMO                   1

1  accepting Mr. Rivera-Eulogio's guilty plea to the infraction, the Court proceeded to sentence him
2  as follows: "[T]he Court gives the defendant credit for time served in custody and releases him."
3  *See id.* at 3.
4     Mr. Rivera-Eulogio was cited and taken into custody on February 14, 2006.  *See* PSR ¶
5  21.  As such, the sentence imposed on February 16, 2006 was a sentence of *three* days in custody,
6  not thirty.
7     Sentences for driving without a license receive criminal history points only if "the
8  sentence was a term of probation of at least one year or a term of imprisonment of at least thirty
9  days."  U.S.S.G. § 4A1.2(c)(1).  Accordingly, Mr. Rivera-Eulogio should not receive any
10 criminal history points for the infraction described in paragraph 21 of the presentence report.
11    Subtracting one point from the raw criminal-history score computed by the probation
12 officer produces a total score of nine.  *See* PSR ¶ 25.  This places Mr. Rivera-Eulogio in criminal
13 history category IV.
14    In criminal history category IV, the advisory sentencing range at offense level 13 is 24 to
15 30 months in prison.  Mr. Rivera-Eulogio respectfully urges the Court to accept the plea
16 agreement and impose a low-end sentence of 24 months, followed by three years supervised
17 release.
18 Dated:  September 11, 2007

19                              Respectfully submitted,

20                              BARRY J. PORTMAN
                                Federal Public Defender
21
                                /s/
22
                                JOSH COHEN
23                              Assistant Federal Public Defender