# EXHIBIT A

CR-07-0402 PJH
DEF.'S SUPPLEMENTAL SENTENCING MEMO

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

THE HONORABLE JEFFREY TAUBER, VISITING JUDGE PRESIDING

DEPARTMENT 15

THE PEOPLE OF THE STATE OF CALIFORNIA,  )
                                        )
                    Plaintiff,          )
                                        )   COURT NO. 2254952
vs.                                     )
                                        )
DANIEL RODRIGUEZ,                       )   **INFRACTION PLEA**
                                        )
                    Defendant.          )
_____)

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

THURSDAY, FEBRUARY 16, 2006

**APPEARANCES OF COUNSEL:**

FOR THE PEOPLE:

    KAMALA D. HARRIS, DISTRICT ATTORNEY
    850 Bryant Street, Suite 300
    San Francisco, California  94103
    BY: **THOMAS BOGOTT**
        Assistant District Attorney

FOR THE DEFENDANT:

    JEFFREY G. ADACHI, PUBLIC DEFENDER
    555 Seventh Street
    San Francisco, California  94103
    BY: **KISHA CORDERO**
        Deputy Public Defender

REPORTED BY: DIANA PADILLA, C.S.R. NUMBER 9975

```
 1  THURSDAY, FEBRUARY 16, 2006                          10:45 A.M.
 2                      P R O C E E D I N G S
 3      THE BAILIFF:  Your Honor, can we call line 607,
 4  Daniel Rodriguez?
 5      THE COURT:  Line 607, Daniel Rodriguez.
 6      MS. CORDERO:  It's on for arraignment.
 7      THE COURT:  The public defender is appointed to represent
 8  him.
 9      MS. CORDERO:  Your Honor, can we approach?
10      THE COURT:  Yes.
11              (Discussion at side-bar, not reported.)
12      THE COURT:  The motion is to dismiss Count 2?
13      MR. BOGOTT:  Correct, Your Honor.
14      THE COURT:  That motion is granted.
15      On the Court's own motion, the 12500 will be reduced to an
16  infraction.
17      Mr. Rodriguez, how do you plead to the following charge
18  12500 as an infraction?
19      Before you enter your plea, you should understand that you
20  have a right to a court trial before a judge to determine
21  whether or not you are guilty or not of the offense, and at that
22  trial you would have a right to cross-examine the witnesses, and
23  call your own witnesses, and the right not to incriminate
24  yourself.  Do you understand you have those rights?
25      THE DEFENDANT:  Yes.
26      THE COURT:  Do you waive and give up those rights?
27      THE DEFENDANT:  Yes.
28      THE COURT:  As indicated, the 12500 is reduced to an
```

1  infraction.
2      How do you plead to a 12500, which is failure to possess or
3  failure to have a valid driver's license, as an infraction?
4      **THE DEFENDANT:** Guilty.
5      **THE COURT:** The Court accepts the plea and finds he has
6  given a knowledgable and voluntary entry.
7      All other counts or charges, as part of this particular
8  docket, 2254952, are dismissed.
9      And the Court gives the defendant credit for time served in
10  custody and releases him.
11      Anything further?
12      **MS. CORDERO:** No, Your Honor.  Thank you.
13          (The proceedings were adjourned at 10:52 a.m.)

```
 1  State of California              )
                                     )
 2  County of San Francisco          )
```

 5    I, Diana Padilla, Official Court Reporter for the Superior
 6  Court of California, County of San Francisco, do hereby certify:
 7    That I was present at the time of the above proceedings;
 8    That I took down in machine shorthand notes all proceedings
 9  had and testimony given;
10    That I thereafter transcribed said shorthand notes with the
11  aid of a computer;
12    That the above and foregoing is a full, true, and correct
13  transcription of said shorthand notes, and a full, true and
14  correct transcript of all proceedings had and testimony taken;
15    That I am not a party to the action or related to a party
16  or counsel;
17    That I have no financial or other interest in the outcome
18  of the action.

21  Dated:  September 11, 2007

                        *(signature)*
25                      DIANA PADILLA, C.S.R. NUMBER 9975