# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date: September 12, 2007**          **E-Filing**          **JUDGE: Phyllis J. Hamilton**

**Case No: CR-07-0402 PJH**

**Case Name:   UNITED STATES   v.   DANIEL RIVERA EULOGIO (C)**

**Attorney for Plaintiff:**      Wendy Thomas
**Attorney for Defendant:**   Josh Cohen

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Catherine Edwards

### PROCEEDINGS

Sentencing-held. The defendant is committed to the custody of the Bureau of Prisons for a term of 24 months; 3 year supervised release with the special condition that the defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security. The defendant shall pay a special assessment in the amount of $100.00; due immediately.

The court to make a recommendation to the Bureau of Prisons that the defendant be housed near the Bay Area to facilitate family visits.

**cc:** chambers